# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BYUNG KOOK NAM,<br><br>　　　　　　　Defendant. | Criminal Case No. 05cr2115-BTM<br><br>ORDER RE: CJA VOUCHER |

This matter came before the court on the application of Alan E. Ferguson, Esq. for approval two CJA vouchers in the amounts of $2,905.80 in fees, and expenses of $54.22 and $2,761.40 in fees, and expenses of $29.87, respectively, for representing two material witnesses in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a material witness is $1,500.00, per witness unless the court finds that the representation was extended or complex.

After reviewing the record and Mr. Ferguson's letter dated August 18, 2006, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the combined vouchers in the amount of $5,667.20 in fees, plus $84.09 in expenses, for a total of $5,751.29.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 9/31/06

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

05cr2115